■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE FELICIANO, Appellant. [5 NYS3d 902]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (McGann, J.), imposed October 5, 2011, which, upon the granting of his motion pursuant to CPL 440.20 to set aside

a sentence of the same court (Hanophy, J.), imposed January 13, 2006, upon his conviction of manslaughter in the first degree, upon his plea of guilty, resentenced him as a second felony offender.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentencing court did not fail to independently exercise its discretion to determine an appropriate sentence (*see People v Iliff*, 115 AD3d 764 [2014]; *People v Seymour*, 21 AD3d 1292 [2005]; *cf. People v Farrar*, 52 NY2d 302 [1981]). Taking into account all of the relevant circumstances, the resentence imposed was not excessive (*see People v Ortiz*, 84 AD3d 1118 [2011]; *People v Suitte*, 90 AD2d 80 [1982]). Chambers, J.P., Dickerson, LaSalle and Barros, JJ., concur.